## (March 24, 1977)

■ TOUCHE ROSS & Co., Appellant, v MAURICE A. HALPERIN, Respondent, et al., Defendant.—Order, Supreme Court, New York County, entered on September 17, 1976, unanimously affirmed on the opinion of Greenfield, J., at Special Term. Defendant-respondent shall recover of plaintiff-appellant $40 costs and disbursements of this appeal. The restraining order of this court entered on October 12, 1976, is hereby vacated. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ DONALD LEWIS, Respondent, v I. M. I. WARP KNITS, INC., Appellant. MARVIN STEINFELD, Respondent, v I. M. I. WARP KNITS, INC., Appellant.— Judgment, Supreme Court, New York County, entered on November 19, 1976, unanimously affirmed on the opinion of Gellinoff, J., at Individual Calendar Trial Term Part IV. Plaintiffs-respondents shall recover of defendant-appellant one bill of $60 costs and disbursements of this appeal. Concur —Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ DUBIN-WESTON, INC., et al., Appellants, v SIDNEY ESIKOFF et al., Respondents.—Judgment, Supreme Court, New York County, entered on May 19, 1976, unanimously affirmed on the opinion of Wallach, J., at Trial Term. Respondents shall recover of appellants $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ MONTEGO BAY RACQUET CLUB, Respondent, v FUN IN THE SUN TOURS, INC., Appellant.—Order, Supreme Court, New York County, entered on March 27, 1975, unanimously affirmed for the reasons stated by Korn, J., at Special Term. Plaintiff-respondent shall recover of defendant-appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ In the Matter of the Estate of SIDNEY S. REISS, Deceased. HENRIETTA REISS, as Coexecutrix of SIDNEY S. REISS, Deceased, Appellant; HENRY K. CHAPMAN, Respondent.—Order, Surrogate's Court, New York County, entered on November 10, 1976, unanimously affirmed on the opinion of Di Falco, S. Respondent-respondent shall recover of petitioner-appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ In the Matter of FRIEDA KARMEL, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent.—Judgment, Supreme Court, New York County, entered on August 9, 1976, unanimously affirmed for the reasons stated by Gomez, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ JUDITH K. SCHREIER, on Behalf of Herself and All Other Persons Similarly Situated, Appellant, v VOLKSWAGEN OF AMERICA, INC., et al., Respondents, et al., Defendants.—Order, Supreme Court, New York County, entered on January 21, 1977, unanimously affirmed on the opinion of Stecher, J., at Special Term. Defendants-respondents shall recover of plaintiffs-appellants $40 costs and disbursements of this appeal. Concur—Murphy, J. P., Birns, Silverman and Capozzoli, JJ.